632

■ JAMES H. ROBINSON et al., Appellants, v. UNITY COAL CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ IRVING M. MARKS, Appellant, v. LUCILLE FISHER et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ MOVIETIME, INC., Appellant, v. COUNCIL OF MOTION PICTURE ORGANIZATIONS, INC., et al., Respondents.— Orders and judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ DORA KRAUS et al., as Executors of JACOB KRAUS, Deceased, et al., Appellants, v. MONTICELLO INSURANCE COMPANY, Respondent, et al., Defendants. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ. [5 Misc 2d 591.]

■ In the Matter of IDA BIRNBAUM et al., Appellants, against NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ SIDNEY GINSBERG, Appellant, v. VIVIAN THEATRE CORP., Respondent.— Order unanimously modified in the exercise of discretion by reinstating the items deleted with a restriction of the examination thereon to a period of 18 months prior to the alleged occurrence and, as so modified, affirmed, with costs to the appellant. Settle order fixing date for the examination to proceed. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ HERMAN FORBES et al., Respondents, v. NATHAN R. FINKELSTEIN et al., Appellants.— Order unanimously modified on the law and on the facts and in the exercise of discretion, with costs to appellants, to the extent of striking the direction for a general examination pursuant to the provisions of rule 121-a of the Rules of Civil Practice and remanding the motion to Special Term for the purpose of passing upon the specific items challenged by the defendants. Settle order. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of the Accounting of NATHAN KORMAN, as Trustee of HARRY GROSSFELD, Deceased, Appellant, against PHILIP GROSSFELD et al., Respondents.— Order unanimously affirmed, with costs to the objectants-respondents. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ ROBERT DOUGLAS, Respondent, v. S. G. FASSOULIS et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.